IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 17 PM 3:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

v.

_DERRICO BOBBIT_____,

　　　　　Defendant.

Cr. No. __05·20283-D__

## ORDER ON ARRAIGNMENT

This cause came to be heard on ___08·17___, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained/appointed:

NAME: _Pam Hamrin_____
ADDRESS: _____

TELEPHONE: _____

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his/her present bond.

__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
United States Magistrate Judge

Charges: __FELON IN POSSESSION OF A FIREARM__

Assistant U.S. Attorney assigned to case: __EARLEY__

The defendant's age is: __25__.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-18-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in
case 2:05-CR-20283 was distributed by fax, mail, or direct printing on
August 18, 2005 to the parties listed.

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT