IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _JSH_ D.C.
05 DEC 21 PM 12: 50

UNITED STATES OF AMERICA,

PLAINTIFF,

V.S                                      CR. NO. 05-20283-A

_Deario Babbitt_

DEFENDANTS.

05 DEC 22 PM 1: 23
FILED BY _eg_ D.C.
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
MEMPHIS

## MOTION REQUESTING NEW COUNSEL

Comes now _Deario Babbitt_, Defendant in this cause and moves this Honorable Court to appoint new counsel to represent Defendant, _Deario Babbitt_ in the above cause and for grounds would show unto the court the following:

1. That counsel was appointed by the Court to represent Defendant, _May_ on _4th_ day of _2005_.

2. That since the appointment of _Pamela Hamrin_ to represent Defendant. Defendant has met with Counsel on ____ instances to discuss the case. Counsel has not provided Defendant with discovery on his case since the appointment. (Nor has Counsel provided Defendant with a copy of the charging instrument to place defendant on notice of exactly what he is being charged with.)

**MOTION DENIED**
DATE: _12-20-2005_
_/s/ Bernice Bouie Donald_
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12/22/05_

3. Defendant has provided Counsel with information regarding the investigation and preparation of this cause. Counsel has not responded to any of the matters referred to him by Defendant.

4. Defendant is unable to communicate with Counsel as an impasse has been reached. Counsel is not serving defendant's best interest.

**WHEREFORE MOVANT PRAYS** that this Honorable Court to appoint new counsel to represent him in the matter before the court or conduct a hearing to determine if counsel should be replaced with new counsel.

Respectfully Submitted,

_____
Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this foregoing Motion was forward by first class mail to the Assistant United States Attorney for the Western District of Tennessee this the 16th day of December, 2005.

_____
Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20283 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT